UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL SIMONS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> DITTO TRADE, INC., an Illinois corporation, DITTO HOLDINGS, INC., a Delaware corporation, JOSEPH FOX, an individual, <br><br> Defendants. | No. 14 CV 309 <br><br> Hon. Harry D. Leinenweber |

## FINAL JUDGMENT

For the reasons stated on the record in open Court on April 6, 2016, the Court having found under Federal Rule of Civil Procedure 54(b) that there is no just reason for delay in entering final judgment against Defendants Ditto Trade, Inc. and Ditto Holdings, Inc. on all claims and counterclaims, final judgment is hereby entered in favor of Plaintiff Paul M. Simons and against Defendants Ditto Holdings, Inc. and Ditto Trade, Inc. on all claims and counterclaims between these parties in this action. Plaintiff is awarded judgement in the following amounts: (i) $810,000 against Ditto Holdings, Inc. (on Counts IX and X of the Complaint); (ii) $1,211,339.83 against Ditto Holdings, Inc. and Ditto Trade, Inc., jointly and severally (on Counts I, II, III, VII, XI and XIII of the Complaint); and (iii) $653,105.18 against Ditto Holdings, Inc. and Ditto Trade, Inc., jointly and severally (for attorneys' fees and costs).

DONE AND ENTERED in the Northern District of Illinois this 7th day of APRIL, 2016.

_____
Judge Harry D. Leinenweber