



**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**
**Clerk**

312-435-5670

Date: 10/18/2017

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

Re: Simons v. Ditto Trade, Inc. et al

USDC Case Number: 1:14-cv-00309
USCA Case Number: 17-01012

U.S.C.A. - 7TH CIRCUIT
R E C E I V E D
OCT 1 8 2017  SK
GINO J. AGNELLO
CLERK

FILE COPY

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

ELECTRONIC VOLUME(S) OF PLEADING(S):  9 volumes of pleadings on one flash drive

ELECTRONIC VOLUME(S) OF TRANSCRIPT(S): 10 volumes of transcripts on same flash drive

VOLUME(S) OF PLEADING(S):

VOLUME(S) OF TRANSCRIPT(S):

VOLUME(S) OF DEPOSITION(S):

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):  1 flash drive (sealed items) 1 flash drive (transcript document 269)

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By: /s/ Esperanza King
Deputy Clerk

Rev. 09/23/2016